# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryon Antwone Cannon-Douglas, | ) | Case No. 1:22-cr-097 |
| | ) | |
| Defendant. | ) | |

On October 10, 2022, defendant filed a notice of substitution of counsel. (Doc. No. 34). Therein he advises that he has retained attorney Kyle Craig to represent him in this matter. Accordingly, defendant's court-appointed counsel, Assistant Federal Public Defender Bradley Scott Rose, is authorized to withdraw. Attorney Kyle Craig shall be substituted as counsel of record for defendant.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court